The relief described hereinbelow is SO ORDERED.

Signed September 28, 2010.



_____
ROBERT D. BERGER
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:   JANISHA MATLOCK                                     Case No. 06-20041-13-RDB
         Debtor

ORDER GRANTING TRUSTEE'S MOTION TO DEEM MORTGAGE
WITH US BANK HOME MORTGAGE  CURRENT AS OF
SEPTEMBER 1, 2010

This matter comes on for consideration upon the approval of the motion deeming the mortgage current as of September 1, 2010. Notice with Opportunity for Hearing on the Motion was sent to the creditor, the debtor and the debtor's attorney. No timely objections were filed and no hearing was held on the matter.

IT IS THEREFORE BY THE COURT ORDERED that the motion deeming the mortgage current as of September 1, 2010, is granted.

IT IS FURTHER ORDERED that US Bank Home Mortgage its successors and assigns, is required to update its records to reflect the Debtor's mortgage as current as of September 1, 2010, and is prohibited from pursuing the Debtor, either in bankruptcy court or state court, for any amounts that have, were or could have been charged to the Debtor's account/mortgage prior to September 1, 2010.

###

Respectfully submitted by:

s/W. H. Griffin, Chapter 13 Trustee

_____
W. H. GRIFFIN, #08060, TRUSTEE
6330 Lamar Ave, Suite 110
Overland Park, KS 66202
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com